Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000510
20-NOV-2018
09:37 AM

NO. CAAP-18-0000510

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee, v.
ROBERT AHOTAU, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CPC-18-0000063)


ORDER APPROVING THE NOVEMBER 13, 2018
STIPULATION FOR DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal, filed November 13, 2018, by Defendant-Appellant Robert
Ahotau (Ahotau), the papers in support, and the record, it
appears that (1) the appeal has been docketed; (2) pursuant to
Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b), the
parties stipulate to dismiss the appeal; (3) the stipulation is
dated and signed by counsel for all parties appearing in the
appeal; and (4) attached to the stipulation is Ahotau's
declaration showing he understands the consequences of voluntary
dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the·stipulation to
dismiss the appeal is approved, and the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawai'i, November 20, 2018.

Chief Judge

Associate Judge

Associate Judge